**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01579-WJM-MEH

NICHOLE WILLIAMS,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC, a Delaware limited liability company,

    Defendant.

---

**NOTICE OF DISMISSAL WITH PREJUDICE**
---

    **COMES NOW** the Plaintiff by her undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay her or its own attorney's fees and costs.

Dated: July 12, 2011.

    Respectfully submitted,

    _s/ David M. Larson_____
    David M. Larson, Esq.
    405 S. Cascade Avenue, Suite 305
    Colorado Springs, CO 80903
    (719) 473-0006
    Attorney for the Plaintiff